JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONEY VERDERAME, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK LEUMI USA, a New York corporation; BANK LEUMI LE-ISRAEL CORPORATION, a New York corporation; LEUMI GROUP, a New York corporation; VARDIT JAN-ENGEL, an individual and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No.: 13-cv-08353-ABC-AJW<br><br>[~~PROPOSED~~] ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)<br><br>Removal Filed　　November 12. 2013<br>Complaint Filed　October 15, 2013 |

1  Based on the Joint Stipulation for Dismissal of Entire Action with Prejudice
2  Pursuant to FRCP 41(a)(1) by and between Plaintiff ANTHONY VERDERAME
3  ("Plaintiff") and GOOD CAUSE APPEARING, the Court hereby dismisses this entire
4  action with prejudice.

6  DATED: August 6, 2014

8  **IT IS SO ORDERED.**

   _____
   HONORABLE GEORGE H. KING
   Chief Judge of the United States District Court